1004

*In the Matter of the Marriage of* PATRICIA WARDZINSKI, *Appellant,* and WALTER WARDZINSKI, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 96-3-05295-1, Jeanette R. Burrage, J., entered September 19, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CARLA D. ORCUTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-04727-5, Patricia H. Aitken, J., entered September 17, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS R. NOLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01112-9, Linda C. Krese, J., entered November 3, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. DION K. HUMPHREY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00913-2, James H. Allendoerfer, J., entered November 4, 1997. *Affirmed* by unpublished per curiam opinion.